UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| JAMES STEIN,<br><br>Plaintiff,<br><br>v.<br><br>SUTTELL HAMMER & WHITE, PS,<br><br>Defendant. | NO: 2:16-CV-440-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|

**BEFORE** the Court is the parties' Stipulation to Dismiss Case with Prejudice, ECF No. 11. Having reviewed the Stipulation and the record, the Court finds good cause to approve the dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation to Dismiss Case with Prejudice, **ECF No. 11**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

///

///

///

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, as set forth in the Jury Trial Scheduling Order at ECF No. 10, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** June 28, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2